FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 31 2011

CENTRAL DISTRICT OF CALIFORNIA
BY Shy          DEPUTY

JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL LYNN STARK,<br><br>    Petitioner,<br><br>    v.<br><br>ARNOLD LESTER, et al.,<br><br>    Respondents. | Case No. CV 11-08553 CJC (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed for the reasons set forth in the related Order.

DATED: October 28, 2011

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 31 2011

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY